FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR - 9 2020

JAMES N. HATTEN, Clerk
By: Deputy Clerk

In The United States District Court
For The Northern District of Georgia
Atlanta - Division

Keith A. Sylvester
vs
Fulton County Georgia
City of Atlanta
The State exct.

Civil Action #
1:19-cv-4300-LMM-JKL

3/5/20 DATE

Notice of Criminal
Case Dismissal & other info

To The U.S District Court

I would like to inform the court of my new temporary address to update:
Keith Sylvester
3100 Godby Rd #03G
Atlanta Georgia 30349
Telephone # 470-513-8165

This letter (document) is to inform the court that Fulton County Superior Court Case # 18CP180536 has been apparently dismissed at the suggestion or honor of the Fulton County district attorneys office as of 3/3/20. Please see attached document from the Fulton County jail.

→

The U.S District Court advised me <u>twice</u> to inform you within 30 days of a dismissal decision
   See: <u>Document 9</u> pgs: 3, 4, 9, 10 & 21
   See also: <u>Document 14</u> pgs: 4 of 4

IF possible I would like to move forward with the next step(s). I would also like immunity from further prosecution in case 18cp180536.
   Respectfully
   Keith Sylvester
   *Keith A. Sylvester*

# PROOF OF INCARCERATION

This document is to advise you that:

**Detainee Name:** Sylvester, Keith Anthony

**Alias:** Sylvester, Keith; SYLVESTER, KEITH A, JR ; SYLVESTER, KEITH A; SYLVESTER, KEITH ANTHONY, JR ; SYLVESTER, KEITH A

**Date of Birth:** 08/19/1971

**Race:** Black     **Sex:** Male     **Age:** 47



The above mentioned (is, was) in the custody of the **FULTON COUNTY JAIL**

**Address:**     456 Glendale RD APT 5
**City/State/Zip:**  Scottdale GA  30079-1885

**As Of:**  12/29/2018

**For the offense of:**    Murder

Murder

Murder

Murder

Murder

Murder

Arson In The First Degree

Aggravated Assault Strangulation

Aggravated Assault Strangulation

Insurance Fraud

And/or serving the following sentence:    DISMISSED

Theodore Jackson
Sheriff, Fulton County, Georgia

56-65-1193

# PROOF OF INCARCERATION

The Detainee was released:   3/4/2020          **To Whom:** SELF



**A SHIELD OF PRIDE**

**Name:**
**Title:**
**Date:** 3/4/2020

Theodore Jackson
Sheriff, Fulton County, Georgia

56-65-1193

Keith Sylvester
3100 Godby Rd #036
Atlanta Ga. 30349

ATLANTA METRO 300

CLEARED
MAR - 9 2020
U.S. Marshals
Atlanta, GA

2211 United States District Court
75 Ted Turner Drive S·W
Atlanta, Georgia 30303-3318

30303-331861