## CRIMINAL WARRANT

Warrant No: EW-0253084

**MAGISTRATE COURT OF FULTON COUNTY**
**GEORGIA, Fulton County**

### AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)



PLAINTIFF'S EXHIBIT #1
AHB 4/9/21

Personally came <u>James Barnett</u>, who on oath says that to the best of his/her knowledge and belief **Keith Sylvester** (hereinafter called the accused) between <u>07/02/2018</u> at <u>09:00 PM</u> and <u>07/03/2018</u> at <u>3:56 AM</u>, at <u>2495 Harvel Dr NW, ATLANTA</u> in FULTON county aforesaid, did commit the offense of **Murder - Felony**, <u>16-5-1</u> in that <u>Said accused knowingly and intentionally did strangle and burn Harry Hubbard''''s body.</u> said and this deponent makes this affidavit that a warrant may issue for his/her arrest.

**Probable Cause:**

Your affiant is Detective J. Barnett of the Atlanta Police Homicide Unit in Atlanta, Fulton County, Georgia. I am a duly certified Police Officer of the City of Atlanta Police Department, and a POST certified Peace Officer in the State of Georgia. I have been employed with the Atlanta Police Department since 2005, and I have been conducting criminal investigations since 2010 as a detective. I have applied for and executed both Arrest and Search Warrants in Fulton County.

On July 3, 2018 at approximately 0830 hours, I arrived at 2495 Harvel Drive NW Atlanta, GA 30318 to investigate a house fire with two decedents inside the house. Investigator Demeester was already conducting a recorded interview with the decedents son, Keith Sylvester. The decedents were later identified by the Fulton County Medical Examiner's Office as Harry Hubbard DOB [redacted] 1950 and Deborah Hubbard DOB [redacted] 1952. Both victims were badly burned in the fire which Atlanta Arson investigators believed started in the back of the house. Firefighters had forced the front door and carport door to extinguish the fire. However, the back-burglary bar door was found open with the dead bolt engaged as if it had been locked. Investigator Leonpacher video recorded the entire crime scene including the back door and interior rooms of the house. The male victim had already been removed from the house before I arrived. Arson Investigator Lt. M. Dorgan explained that wires were found wrapped around the female victim's neck, and Atlanta Police Homicide was called at that time. The female victim had what at first appeared to be wires from a cable junction box around her neck. The male victim was found in a back hallway and the female victim was in a back room which appeared to be used as an office because of a chair and table located in the room.

Keith Sylvester is the son of victim, Deborah Hubbard and step-son to victim, Harry Hubbard. Sylvester stated he had gotten a call from neighbor, BJ Graham at 0442 hours on 7/16/2018 that his mother's house was on fire. Sylvester gave a detailed account of his various locations on the evening of 6/2/2018 and the early morning hours of 7/3/2018 before the fire. Sylvester stated he took Harry Hubbard to the Wal-Mart at Cascade to buy Citronella candles to burn inside the house because of a bug problem. The A/C unit was inoperative. After leaving the house, Sylvester went to his wife Melissa's apartment at 307 Skipper Lane. Sylvester drove to various convenience stores and played video poker throughout the evening and early morning hours of 7/2/2018 and 7/3/2018. Sylvester stated in an interview that he had never driven around all night for nothing before this incident. At approximately 0300 hours on 7/3/2018, Sylvester drove back to his mother's house to check on an ice cream van he parked in the front driveway of the house. Sylvester stated he could see the glow of the Citronella candle on the kitchen stove and left almost immediately and drove back to 307 Skipper Ln. Sylvester never got out of his vehicle to check on his mother or his ice cream van as witnessed on video provided by Sylvester. Sylvester mentioned a neighbor named Ron who lives at 2489 Scottridge Dr, across the street from 2495 Harvel Dr. Sylvester stated Ron had been stealing water and power from houses in the neighborhood because Ron's house did not have water or power. Sylvester had called police about Ron. Sylvester also voluntarily gave Atlanta Arson Investigator Capt. A. Bonner SD cards from video cameras Sylvester had installed in his vehicle, a 2016 burgundy Chrysler 200. Capt. Bonner transferred custody of the SD cards to me with the consent of Sylvester.

On July 3, 2018, at 0356 hours Atlanta Police and Fire were called to 2495 Harvel Drive NW Atlanta, GA 30318 for a residential fire. The deceased bodies of Harry and Deborah Hubbard were discovered in the back of the house. The victims had been strangled and badly burned in the fire. Deborah had moved to Atlanta from Buffalo, NY in November 2017 because of marital problems with Harry. Harry and Deborah were traveling back to Buffalo on August 1, 2018 after a reconciliation. Deborah Hubbard's son, Keith Sylvester enthusiastically handed over SD cards that Sylvester had installed in his vehicle to Atlanta Fire Captain Bonner. Sylvester volunteered the SD cards before arson investigators realized Sylvester had video and before anyone at the scene knew a murder had been committed. Sylvester stated the video footage would prove that he had nothing to do with the incident. Sylvester also voluntarily came to the Homicide Office with his wife Melissa Sylvester to provide multiple statements and take a CVSA test. (Sylvester showed deception on the CVSA test) Sylvester stated at the scene that neighbor, Ron Martin may have had something to do with the arson and murder. Sylvester also had concerns about Harry Hubbard's daughter, Tanika Hubbard. Investigator Hogan stated he believed Melissa Sylvester had been coached in what to say prior to his interview with Melissa.

The possibility of this crime being a random home invasion or burglary is remote due to the lack of similar crimes in the area and the personal nature of this case. Ron Martin has lived in the neighborhood for approximately seven years and did not raise concerns with other neighbors. Ron Martin was interviewed by myself and Det. Egbert and seemed cooperative and concerned

about victims. Tanika Hubbard lives in Buffalo, NY and Harry Hubbard had only been in Atlanta for a few days and planned to return to Buffalo on August 1, 2018 with his wife Deborah. Importantly, several family members raised concerns that Keith Sylvester may have been involved in the murder of his mother and step-father.

At the scene, Sylvester stated that he had left his mother's house between 1700 and 1900 hours on 7/2/2018. In an interview on 7/8/2018, Sylvester stated he left his mother's house between 2000 and 2100 hours on the evening of 7/2/2018. Sylvester had taken Harry Hubbard to the Wal-Mart at 1105 Research Center and bought Citronella candles, Mothballs, rubbing alcohol, and Fabuloso cleaner on the evening of 7/2/2018 hours before the fire. The Citronella candles were supposed to be used inside the house to keep out gnats even though the candles are for outdoor use only. Atlanta Arson Investigators believe the Mothballs and alcohol could have been used to start the house fire and leave no trace of accelerant. Arson investigators also learned that the beneficiary of the house insurance police was Keith Sylvester. Also, firefighters had to force open the front and garage doors to battle the fire. The back-burglary door was discovered open, but the deadbolt was found locked. Arson investigators believe the intense heat and fire may have force the burglary door open. Whoever strangled the victims and started the fire and locked the door on the way out. Sylvester was the only other person with a spare key to the house which he admits in an interview. Sylvester's brother, Willie Jenkins, Jr. stated Sylvester had refused to return that key to Deborah Hubbard after she requested it back. Willie Jenkins also mentioned that Sylvester had attempted to put Deborah into a hospital or home because Sylvester wanted his mother's house.

During Sylvester's interview on 7/8/2018, Sylvester stated he had not tried to call his mother when he was notified that her house was on fire. Instead, Sylvester is recorded with his personal in-vehicle cameras driving to his mother's house at a safe speed while obeying all traffic laws.

Family members including, Willie Jenkins, Tanika Hubbard, Deidra Palmer, Angel Lawson, and Nyaira Walton have all voiced concerns about Sylvester's behavior before and after the incident. I was contacted by Cassandra and Kimberly Woodson, sisters to Melissa Hubbard. Both sisters expressed concern that Sylvester had sent his wife Melissa home one day prior to the fire. They also stated the Sylvester is a jealous husband and had never allowed Melissa to visit family without Sylvester being present before this incident.

Keith Sylvester is the only person with motive, opportunity, and ability to have committed this crime.

Sworn to and subscribed before me,

Prosecutor/Affiant: James Barnett
Title:
Agency: Atlanta PD
Badge No.: 5918
Phone No.: 404-658-6636 (w)
12/28/2018 10:24:47 PM

Deputy Clerk/Judge Holly Hughes
Title Judge
MAGISTRATE COURT OF FULTON COUNTY
12/28/2018 10:24:58 PM

## STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable, Police Officer, Law Enforcement Officer or Marshal of said State

GREETING:

For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of Murder - Felony, 16-5-1: and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, HEREIN FAIL NOT.

JUDGE Holly Hughes
Title Judge
MAGISTRATE COURT OF FULTON COUNTY
12/28/2018 10:24:58 PM