# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KEITH SYLVESTER,

      Plaintiff,

      v.

JAMES BARNETT, individually,

      Defendant.

CIVIL ACTION FILE
NO. 1:19-cv-4300-LMM-JKL

## <u>SECOND STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Keith Sylvester, pursuant to Rule 41(a)(1)(ii) and following a settlement, hereby dismisses the above-captioned action and all claims asserted against all Defendants, with prejudice, to which Defendant James Barnett and Defendant Darin Smith stipulate and agree, with all parties to bear their own attorneys' fees and costs.[1]

Respectfully submitted, this 17th day of October, 2024.

/s/ *Zack Greenamyre*
Zack Greenamyre
Ga. Bar No. 293002
Samantha Funt
Georgia Bar No. 943783

/s/ *Staci J. Miller*
Staci J. Miller
Ga. Bar No. 601594
CITY OF ATLANTA
DEPARTMENT OF LAW

---

[1] The parties previously filed a stipulation of dismissal, but that document did not address Defendant Smith specifically. Plaintiff had previously consented to the dismissal of Smith at summary judgment, Doc. 113 at 3 n.2. This stipulation confirms that Plaintiff dismisses all claims against Smith with prejudice and that all parties bear their own fees and costs.

MITCHELL SHAPIRO GREENAMYRE & FUNT, LLP
881 Piedmont Avenue
Atlanta, GA 30309
404-812-4751
zack@mitchellshapiro.com
*Counsel for Plaintiff*

55 Trinity Avenue
Suite 5000
Atlanta, GA 30303
404-546-4083
sjmiller@atlantaga.gov
*Counsel for Defendants*
*Barnett and Smith*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing using the CM/ECF system, which will send notification of filing to all counsel of record.

This the 17th day of October, 2024.

*/s/ Zack Greenamyre*
Zack Greenamyre
Ga. Bar No. 293002